IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 21 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 03-WY-191 (PAC)

Paul D. Gorman,

Plaintiff,

v.

Carpenters' and Millwrights' Health Benefit Trust Fund,

Defendant.

## ORDER ON ATTORNEYS' FEES

This matter comes before the Court on the October 18, 2005, Order from the Tenth Circuit Court of Appeals, remanding the question of reasonable attorney fees incurred by the Plaintiff/Appellee, Paul D. Gorman, on appeal. This Court, having reviewed the record, and being fully advised in the premises, **FINDS** and **ORDERS** as follows:

On appeal of this matter to the Tenth Circuit Court of Appeals, the plaintiff in this case incurred attorney's fees in the amount of $8,325.00. (Exhibit 1 to the June 15, 2005, Affidavit of Rapheael M. Solot). The plaintiff prevailed on appeal and is therefore entitled to an award of reasonable attorney's fees under section 502 of ERISA. 29 U.S.C. § 1132 (q)(1). The defendant/appellant has not objected to the amount of fees stated in the Solot affidavit. Therefore, this Court finds that attorney's fees in the amount of $8,325.00 are reasonable.

Attorney's fees in the amount of $8,325.00 are hereby AWARDED to the Plaintiff/Appellee.

Dated this 19th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION